Local Form 4A                                                              March 2013

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| In re: | Case No. 14-32033 |
| Charles E. Jacoppo, | Chapter 13 |
| Debtor(s) | |

## AMENDMENT TO:

**CHAPTER 13 PLAN, INCLUDING NOTICE OF MOTION(S) FOR VALUATION; MOTION(S) TO AVOID CERTAIN LIENS; MOTION(S) FOR ASSUMPTION AND REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND NOTICE OF OPPORTUNITY FOR HEARING ON CONFIRMATION OF THE PLAN INCLUDING ALL MATTERS AS SET FORTH IN THE PLAN, FOR CASES FILED ON OR AFTER MARCH 1, 2013**

Check for motions applicable to this plan amendment:

( ) Motion to Value Liens Includes Valuation of Property Securing A Claim
( ) Motion to Value Liens includes Valuation of Property Securing A Claim in an Amount Less than the Amount of the Claim
( ) Motion to Avoid Liens § 522(f)
( ) Motion to Assume Executory Contracts(s) and Unexpired Leases
( ) Motion to Reject Executory Contract(s) and Unexpired Leases
(x) No motions applicable to this plan amendment

The Chapter 13 Plan, including certain motions and other provisions, is hereby **amended** as follows:

1. The Debtor amends Paragraph 1(c) to correctly show that the attorney for the debtor has received $1,500 of the total base attorney fee of $3,900.

2. Through mistake and inadvertence, Paragraph 3 of the Chapter 13 Plan did not note that the Debtor does not have any domestic support obligations. The Debtor is filing this amendment to note that he does not have any domestic support obligations.

3. The Debtor amends Paragraph 4(c) and (d), Special Terms, to create a separate class, to consist of the Charlotte-Mecklenburg Hospital Authority, which has a judgment against the Debtor and his non-filing spouse in the amount of $2,691.81, and to provide that said separate class be paid in full, to protect the co-debtor, pursuant to § 1322(b)(1) of the Bankruptcy Code, with statutory interest at 8% per annum pursuant to N.C.G.S. §24-1.

TAKE NOTICE: Your rights may be affected. You should read this amendment to the Chapter 13 Plan carefully, including any motions contained in the amended plan, and discuss them with your attorney, if you have one, in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to confirm the proposed plan of the debtor or debtors ("Debtor") as amended, including any of the motions included in the amended plan, or if you want the Court to consider your views on these matters, then you or your attorney must file with the Court a written objection to confirmation and request for hearing on confirmation at the following addresses:

Cases filed in the **Charlotte, Shelby, or Wilkesboro** Divisions:

Clerk, U.S. Bankruptcy Court, 401 West Trade St., Room 111, Charlotte, N.C. 28202

Cases filed in the **Asheville or Bryson City** Divisions:

Clerk, U.S. Bankruptcy Court, Room 112, 100 Otis Street, Asheville, N.C. 28801

Your objection to confirmation and request for hearing must include the specific reasons for your objection and must be filed with the Court no later than 14 days following the conclusion of the § 341 meeting of creditors, or within 14 days of service of the amendment, whichever is later. If you mail your objection to confirmation to the Court for filing, you must mail it early enough so that the Court will receive it on or before the deadline stated above. You must also serve a copy of your objection to confirmation on the Debtor at the address listed in the notice of the meeting of creditors. The Debtor's attorney and the Chapter 13 Trustee will be served electronically. If any objections to confirmation are filed with the Court, the objecting party will provide written notice of the date, time, and location of the hearing. No hearing will be held unless an objection to confirmation is filed.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the proposed plan of the Debtor as amended, including any motions contained in the amended plan, and may enter an order confirming the amended plan and granting the motions. **Any creditor's failure to object to confirmation of the proposed plan as amended shall constitute the creditor's acceptance of the treatment of its claim as proposed, pursuant to 11 U.S.C. § 1325(a)(5)(A).**

I declare under penalty of perjury that the information provided in the Amendment to Chapter 13 Plan, including Notice of Motion(s) for Valuation; Motion(s) to Avoid Certain Liens; and Motion(s) for Assumption and Rejection of Executory Contracts and Unexpired Leases; are true and correct as to all matters set forth herein.

Dated 1-26-15

_____
Debtor's Signature

Dated_____

_____
Debtor's Signature

I hereby certify that I have reviewed this document with the Debtor and that the Debtor has received a copy of this document.

Dated 1-26-15

_____
Attorney for the Debtor

**Certificate of Service**

This is to certify that a copy of the foregoing Amendment was served upon all parties on the attached matrix, by U.S. Mail, except for those parties and attorneys entitled to receive CM/ECF electronic notice, and as to those parties and attorneys, they were served by CM/ECF electronic notice.

2

2-7 GmH

This 26th day of January, 2015.

*G. Martin Hunter* /s/
G. Martin Hunter, N.C. Bar # 13557
Attorney for the Debtor
301 S. McDowell St., Suite 1014
Charlotte, NC 28204
Tel. 704.377.8764; Fax 704.377.0590
E-mail: mhunter@martinhunterlaw.com

```
Label Matrix for local noticing          Charlotte Division                        (p)AMERICREDIT
0419-3                                    401 West Trade Street                    PO BOX 183853
Case 14-32033                             Charlotte, NC 28202-1633                 ARLINGTON TX 76096-3853
Western District of North Carolina
Charlotte
Sun Jan 25 17:13:57 EST 2015

Arrow Financial Services                  CMG CHC Urgent Care - Matthews           Capital One Bank
PO Box 34488                              c/o PMAB, LLC                            PO Box 30285
Charlotte, NC 28234-4488                  5970 Fairview Road, Ste. 800             Salt Lake City, UT 84130-0285
                                          Charlotte, NC 28210-0091


Charlotte Mecklenburg Hospital Authority  GE Money Bank                            GM Financial
PO Box 34488                              c/o Smith Debnam                         PO Box 183593
Charlotte, NC 28234-4488                  PO Box 26268                             Arlington, TX 76096-3593
                                          Raleigh, NC 27611-6268


(p)GREENTREE SERVICING LLC                Greentree Servicing    Dup.              Internal Revenue Service
BANKRUPTCY DEPARTMENT                     PO Box 6172                              Centralized Insolvency Operation
P O BOX 6154                              Rapid City, SD 57709-6172                P.O. Box 7346
RAPID CITY SD 57709-6154                                                           Philadelphia, PA 19101-7346


Internal Revenue Service                  Internal Revenue Service                 Mecklenburg County Tax Collector
Field Insolvency Office                   P.O. Box 7317                            700 E. Stonewall Street   Dup.
4905 Koger Blvd.                          Philadelphia, PA 19101-7317              Charlotte, NC 28202-2780
Suite 102
Greensboro, NC 27407-2703

Mecklenburg County Tax Collector          Medical Data Systems                     NC Department of Revenue
Office of the Tax Collector               c/o Medical Revenue Services             Bankruptcy Unit
Tax Bankruptcy Section                    1374 Babcock Street                      P.O. Box 1168
P.O. Box 31637                            Melbourne, FL 32901-3009                 Raleigh, NC 27602-1168
Charlotte, NC 28231-1637

North Carolina Department of Revenue      Sheryl Ann Jacoppo                       Substitute Trustee Services, Inc.
Bankruptcy Unit                           7215 Rock Forest Lane                    Hutchens Law Firm
P.O. Box 1168    Dup.                     Charlotte, NC 28212-6463                 PO Box 1028
Raleigh, NC 27602-1168                                                             4317 Ramsey Street
                                                                                   Fayetteville, NC 28311-2133


T. Camille French                         Charles E. Jacoppo                       G. Martin Hunter
Dominion Law Associates                   7215 Rockwood Forest Lane                G. Martin Hunter, Attorney at Law
PO Box 62719                              Charlotte, NC 28212-6463                 301 S. McDowell St., Suite 1014
Virginia Beach, VA 23466-2719                                                      Charlotte, NC 28204-2660


Warren L. Tadlock   CM/ECF only
5970 Fairview Road, Suite 650
Charlotte, NC 28210-2100
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

AmeriCredit Financial Services, Inc.
P O Box 183853
Arlington, TX 76096

(d)Americredit Financial Services Inc.
P O Box 183853
Arlington, TX 76096

GREEN TREE SERVICING LLC
PO BOX 6154
RAPID CITY, SD 57709-6154

(d)GREEN TREE SERVICING, LLC
PO BOX 6154
RAPID CITY, SD 57709-6154

End of Label Matrix
Mailable recipients    24
Bypassed recipients     0
Total                  24